# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Karl Schmidt and Shannon Colleen Schmidt fka Shannon Matthews<br><br>Debtors<br><br>Bayview Loan Servicing, LLC, or its Successor or Assignee<br>　　　　　Movant<br>　　vs.<br><br>William C. Miller, Trustee<br>William Karl Schmidt and Shannon Colleen Schmidt fka Shannon Matthews<br>　　　　　Respondents | Chapter 13<br>Bankruptcy No. 15-12968 ELF |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Bayview Loan Servicing, LLC for Relief from the Automatic Stay (Doc. # 78) is hereby APPROVED.

Date: 9/12/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**