United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12968-elf
William Karl Schmidt                                                  Chapter 13
Shannon Colleen Schmidt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore          Page 1 of 1           Date Rcvd: Nov 22, 2019
                            Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13717010        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 23 2019 03:26:00
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146-1837
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              ALEXANDER   MORETSKY    on behalf of Debtor William Karl Schmidt amoretsky@moretskylaw.com,
               G18782@notify.cincompass.com
              ALEXANDER   MORETSKY    on behalf of Joint Debtor Shannon Colleen Schmidt amoretsky@moretskylaw.com,
               G18782@notify.cincompass.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,   jnr@jsdc.com
              LAUREN   MOYER    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company lmoyer@mwc-law.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company raykemp1006@gmail.com,    raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 18

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12968-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

William Karl Schmidt
282 Lea Lane
Warminster PA 18974

Shannon Colleen Schmidt
282 Lea Lane
Warminster PA 18974

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FLORIDA  33146

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee o
P.O. Box 10826
Greenville, SC  29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/24/19

Tim McGrath
**CLERK OF THE COURT**