United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12968-elf
William Karl Schmidt                                                      Chapter 13
Shannon Colleen Schmidt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
```
db/jdb         +William Karl Schmidt,    Shannon Colleen Schmidt,    282 Lea Lane,    Warminster, PA 18974-5224
sp             +Kim Law Firm LLC,    1500 Market Street,    Centre Square-West Tower,    Suite W-3110,
                 Philadelphia, PA 19102-2167
cr             +U.S. BANK TRUST NATIONAL ASSOCIATION,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13518696       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13590920        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13518699      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
13518698        Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13601858       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13592286       +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA. 93062-5170
13564592        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13518701        Chase,    P.O. Box 901037,    Fort Worth, TX 76101-2037
13518705       +Holy Redeemer Health System,    12265 Townsend Road,    Suite 200,    Philadelphia, PA 19154-1217
13518706       +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
13518708       +Keystone,    PO Box 529,    Irwin, PA 15642-0529
13686425       +Keystone Collections Group,    P.O. Box 529,    Irwin, PA 15642-0529
13551233        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13574231       +Midland Credit Management, Inc. as agent for    MIDL,    PO Box 2011,    Warren, MI 48090-2011
13543786        Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
13518713        Sears Credit Cards,    P.O. Box 6282,    Sious Falls, SD 57117-6282
14429600        U.S. Bank Trust National Association, as Trustee o,    P.O. Box 10826,
                 Greenville, SC  29603-0826
13531429       +Wells Fargo Bank, N.A.,    PO Box 14487,    Des Moines, IA 50306-3487
13518716       +Wells Fargo Financial National Bank,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 17 2020 04:23:14
                 BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:56     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13518697       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57     Ashley Furniture Homestores/SYNCB,
                 P.O. Box 965036,    Orlando, Fl 32896-5036
13717010       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 17 2020 04:23:14
                 BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD, 5TH FLOOR,
                 CORAL GABLES, FLORIDA 33146-1873
13518702        E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17     Discover Financial Services,
                 P.O. Box 30943,    Salt Lake City, UT 84130
13529395        E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13518707        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2020 04:22:24     Internal Revenue Service,
                 Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
13518700        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:29:00     Chase,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
13518703        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:29:00     Disney,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
13555521        E-mail/Text: bk.notifications@jpmchase.com Jun 17 2020 04:22:35     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13518709       +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 04:22:22     Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
13518711        E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M&T Bank,    Lending Services,
                 P.O. Box 900,    Millsboro, DE 19966
13518712        E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:27     Navient,    P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
13601325        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13543525        E-mail/Text: bnc-quantum@quantum3group.com Jun 17 2020 04:22:38
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13525689        E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2020 04:29:05
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0313-2            User: Christina              Page 2 of 2                Date Rcvd: Jun 16, 2020
                                Form ID: 138NEW              Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13589946        E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:35     Synchrony Bank,
                 Attn: Bankruptcy Department,   PO Box 530912,   Atlanta, GA 30353-0912
13518714        E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:29:19     Synchrony Bank,   P.O. Box 6153,
                 Rapid City, SD 57709-6153
13518715       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57     Toys R Us,   P.O. Box 965001,
                 Orlando, Fl 32896-5001
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             U.S. Bank Trust National Association, as Trustee o,    P.O. Box 10826,
                 Greenville, SC   29603-0826
13592722*       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13518704*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court:   Disney,   P.O. Box 15298,   Wilmington, DE 19850-5298)
13518710*      +Kohl’s,   P.O. Box 3115,   Milwaukee, WI 53201-3115
                                                                                           TOTALS: 0, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
          ALEXANDER   MORETSKY    on behalf of Debtor William Karl Schmidt amoretsky@moretskylaw.com,
           G18782@notify.cincompass.com
          ALEXANDER   MORETSKY    on behalf of Joint Debtor Shannon Colleen Schmidt amoretsky@moretskylaw.com,
           G18782@notify.cincompass.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,   jnr@jsdc.com
          LAUREN   MOYER    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@ecf.courtdrive.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company raykemp1006@gmail.com,   raykemp1006@gmail.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 18
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William Karl Schmidt and Shannon Colleen Schmidt

    Debtor(s)

Bankruptcy No: 15−12968−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 6/16/20

86 − 85
Form 138_new