United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 15-12968-elf
William Karl Schmidt                                      Chapter 13
Shannon Colleen Schmidt
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Christina           Page 1 of 1           Date Rcvd: Jul 10, 2020
                              Form ID: 212              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
db/jdb        +William Karl Schmidt,   Shannon Colleen Schmidt,   282 Lea Lane,   Warminster, PA 18974-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
          ALEXANDER  MORETSKY    on behalf of Debtor William Karl Schmidt amoretsky@moretskylaw.com,
           G18782@notify.cincompass.com
          ALEXANDER  MORETSKY    on behalf of Joint Debtor Shannon Colleen Schmidt amoretsky@moretskylaw.com,
           G18782@notify.cincompass.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
          KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,   jnr@jsdc.com
          LAUREN  MOYER    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@ecf.courtdrive.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company raykemp1006@gmail.com,   raykemp1006@gmail.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC raykemp1006@gmail.com,
           raykemp1006@gmail.com
          TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                        Chapter: 13

    William Karl Schmidt and Shannon Colleen Schmidt

Debtor(s)                                               Case No: 15−12968−elf

_____

*ORDER*

AND NOW, 7/10/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court