Certificate Number: 14751-PAE-DE-034675057

Bankruptcy Case Number: 15-12968



14751-PAE-DE-034675057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 6:28 o'clock PM PDT, SHANNON C SCHMIDT completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2020              By:    /s/AMEY AIONO

                                   Name:  AMEY AIONO

                                   Title: Certified Credit Counselor