United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William Karl Schmidt
Shannon Colleen Schmidt
    Debtors

Case No. 15-12968-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Jul 27, 2020
                        Form ID: 225       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
db/jdb        +William Karl Schmidt,    Shannon Colleen Schmidt,    282 Lea Lane,    Warminster, PA 18974-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 28 2020 03:53:50     City of Philadelphia,
       City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
       Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2020 03:53:33
       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
       Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2020 03:53:47     U.S. Attorney Office,
       c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                             TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:
         ALEXANDER MORETSKY    on behalf of Debtor William Karl Schmidt amoretsky@moretskylaw.com,
         G18782@notify.cincompass.com
         ALEXANDER MORETSKY    on behalf of Joint Debtor Shannon Colleen Schmidt amoretsky@moretskylaw.com,
         G18782@notify.cincompass.com
         ALEXANDRA T. GARCIA    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
         ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
         CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
         JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
         KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company bkgroup@kmllawgroup.com
         KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. kab@jsdc.com,    jnr@jsdc.com
         LAUREN MOYER    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
         Company ecfmail@ecf.courtdrive.com
         RAYMOND M. KEMPINSKI    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC raykemp1006@gmail.com,
         raykemp1006@gmail.com
         RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC raykemp1006@gmail.com,
         raykemp1006@gmail.com
         RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company raykemp1006@gmail.com,    raykemp1006@gmail.com
         TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                            TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                           Chapter: 13

    William Karl Schmidt and Shannon Colleen Schmidt

Debtor(s)                                                                                   Case No: 15−12968−elf

---

## *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court

7/27/20