## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: | CHAPTER 13 |
| WILLIAM KARL SCHMIDT and SHANNON COLLEEN SCHMIDT | CASE NO. 15-12968-elf |
| Debtors. |  |

### NOTICE OF APPLICATION, RESPONSE DEADLINE AND HEARING DATE

Movants, by and through their undersigned counsel, Alex Moretsky, Esq., have filed an ***Motion to Reopen Case and for Extension of Time to File Form Required for Discharge*** (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Motion, then on or before **October 20, 2020**, you or your attorney must do <u>all</u> of the following:

    (a)      File an answer explaining your position at
Clerk, United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)      Mail a copy to the movant's attorney:

Alex Moretsky, Esquire
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Application.

3.     A hearing on the Motion is scheduled to be held before the **Honorable Eric L. Frank on November 3, 2020, at 1:00 p.m. in Courtroom 1**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the Application is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,

MORETSKY LAW FIRM

Dated: September 29, 2020                          By: /s/ Alex Moretsky_____
                                                  Alex Moretsky, Esquire
                                                  2617 Huntingdon Pike
                                                  Huntingdon Valley, PA 19006
                                                  (215) 344-8343 (p)
                                                  (267) 571-2083 (f)