## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    WILLIAM KARL SCHMIDT and
    SHANNON COLLEEN SCHMIDT

          Debtors.

CHAPTER 13

CASE NO. 15-12968-elf

## AMENDED CERTIFICATION OF SERVICE

      IT IS HEREBY CERTIFIED, that on this date, a true and correct copy of the Debtor's Motion to Reopen Case and for Extension of Time to File Form Required for Discharge (the "Motion") pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010 has been served upon the United States Trustee, William C. Miller, the standing Chapter 13 Trustee, and all creditors entering their appearance by CM/ECF electronic filing and on the following parties via first class mail, postage pre-paid:

William Karl Schmidt
Shannon Collen Schmidt
282 Lea Lane
Warminster, PA 18974

City of Philadelphia Law Department
Tax Unit/Bankruptcy Dept.
1515 Arch Street, 15th Floor
Philadelphia PA 19102-1595

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Synchrony Bank
c/o Recovery Management Systems Corporate
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

U.S. BANK TRUST NATIONAL
ASSOCIATION
P.O. Box 9013
Addison, TX 75001

U.S. Bank Trust National Association, as
Trustee of CVF III Mortgage Loan Trust II
P.O. Box 10826
Greenville, SC 29603-0826

Date: <u>September 29, 2020</u>

    <u>/s/ Alex Moretsky</u>