# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| WILLIAM KARL SCHMIDT and SHANNON COLLEEN SCHMIDT | CASE NO. 15-12968-elf |
| Debtors. | |

## ORDER

AND NOW, this <u>12th</u> day of <u>November</u>, 2020, upon consideration of the Motion to Reopen Case and for Extension of Time to File Form Required for Discharge (the "Motion") pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, and sufficient cause appearing therefor, it is

**ORDERED** that:

1. The Motion is **GRANTED**;

2. Case No. 15-12968 is, hereby, reopened; and

3. This case shall remain open through **December 15, 2020** to allow the Debtors to file the forms necessary for the entry of a discharge order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**