United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William Karl Schmidt  
Shannon Colleen Schmidt  
    Debtor(s)

Case No. 15-12968-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 4  
Date Rcvd: Nov 12, 2020      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Karl Schmidt, Shannon Colleen Schmidt, 282 Lea Lane, Warminster, PA 18974-5224 |
| sp | + | Kim Law Firm LLC, 1500 Market Street, Centre Square-West Tower, Suite W-3110, Philadelphia, PA 19102-2167 |
| cr | + | U.S. BANK TRUST NATIONAL ASSOCIATION, P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13518696 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13590920 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13518699 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13518698 | | Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13601858 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13592286 | + | Bank of America, N.A., P.O. Box 5170, Simi Valley, CA. 93062-5170 |
| 13564592 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13518701 | | Chase, P.O. Box 901037, Fort Worth, TX 76101-2037 |
| 13518705 | + | Holy Redeemer Health System, 12265 Townsend Road, Suite 200, Philadelphia, PA 19154-1217 |
| 13518706 | + | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 13518708 | + | Keystone, PO Box 529, Irwin, PA 15642-0529 |
| 13686425 | + | Keystone Collections Group, P.O. Box 529, Irwin, PA 15642-0529 |
| 13551233 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 13574231 | + | Midland Credit Management, Inc. as agent for MIDL, PO Box 2011, Warren, MI 48090-2011 |
| 13543786 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13518713 | | Sears Credit Cards, P.O. Box 6282, Sious Falls, SD 57117-6282 |
| 14429600 | | U.S. Bank Trust National Association, as Trustee o, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13531429 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines, IA 50306-3487 |
| 13518716 | + | Wells Fargo Financial National Bank, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2020 04:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2020 04:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 13 2020 04:37:00 | BAYVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:06:29 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, |

Case 15-12968-elf    Doc 102    Filed 11/14/20    Entered 11/15/20 00:50:02    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Miami, FL 33131-1605 |
| 13518697 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:08:08 | Ashley Furniture Homestores/SYNCB, P.O. Box 965036, Orlando, Fl 32896-5036 |
| 13717010 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 13 2020 04:37:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FLORIDA 33146-1873 |
| 13518702 | | Email/Text: mrdiscen@discover.com | Nov 13 2020 04:37:00 | Discover Financial Services, P.O. Box 30943, Salt Lake City, UT 84130 |
| 13529395 | | Email/Text: mrdiscen@discover.com | Nov 13 2020 04:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13518707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2020 04:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 13518700 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 04:08:08 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13518703 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 04:06:30 | Disney, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13555521 | | Email/Text: bk.notifications@jpmchase.com | Nov 13 2020 04:37:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix , AZ 85038-9505 |
| 13518709 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 13 2020 04:37:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 13518711 | | Email/Text: camanagement@mtb.com | Nov 13 2020 04:37:00 | M&T Bank, Lending Services, P.O. Box 900, Millsboro, DE 19966 |
| 13518712 | | Email/PDF: pa_dc_claims@navient.com | Nov 13 2020 04:06:31 | Navient, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 13601325 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:06:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13543525 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2020 04:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13525689 | | Email/PDF: rmscedi@recoverycorp.com | Nov 13 2020 04:08:10 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13518714 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:08:08 | Synchrony Bank, P.O. Box 6153, Rapid City, SD 57709-6153 |
| 13589946 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:04:52 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta, GA 30353-0912 |
| 13518715 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 04:06:29 | Toys R Us, P.O. Box 965001, Orlando, Fl 32896-5001 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | U.S. Bank Trust National Association, as Trustee o, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13592722 | * | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13518704 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Disney, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13518710 | *+ | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 4 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 45 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

**Name**          **Email Address**

ALEXANDER MORETSKY
    on behalf of Debtor William Karl Schmidt amoretsky@moretskylaw.com  G18782@notify.cincompass.com

ALEXANDER MORETSKY
    on behalf of Joint Debtor Shannon Colleen Schmidt amoretsky@moretskylaw.com  G18782@notify.cincompass.com

ALEXANDRA T. GARCIA
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

KEVIN G. MCDONALD
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com

KIMBERLY A. BONNER
    on behalf of Creditor BANK OF AMERICA  N.A. kab@jsdc.com, jnr@jsdc.com

LAUREN MOYER
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Bayview Loan Servicing  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company raykemp1006@gmail.com, raykemp1006@gmail.com

TRANG V TRUONG
    on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

District/off: 0313-2        User: Adminstra        Page 4 of 4
Date Rcvd: Nov 12, 2020        Form ID: pdf900        Total Noticed: 45

ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM KARL SCHMIDT and<br>SHANNON COLLEEN SCHMIDT<br><br>Debtors. | CHAPTER 13<br><br>CASE NO. 15-12968-elf |

**ORDER**

AND NOW, this <u>12th</u> day of <u>November</u>, 2020, upon consideration of the Motion to Reopen Case and for Extension of Time to File Form Required for Discharge (the "Motion") pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, and sufficient cause appearing therefor, it is

**ORDERED** that:

1. The Motion is **GRANTED**;

2. Case No. 15-12968 is, hereby, reopened; and

3. This case shall remain open through **December 15, 2020** to allow the Debtors to file the forms necessary for the entry of a discharge order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**